PHILIP K. HOUSTON, Respondent, v. JAMES BLISS COOMBS, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The

bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.